Decided February 23, 1909.

## STATE *v.* GARDNER.

[99 Pac. 940.]

From Coos: JAMES W. HAMILTON, Judge.

The defendant, Frank Gardner, was tried and convicted in the circuit court of Coos County, of gambling, and from a judgment of said court sentencing him to pay a fine, he appeals.                    AFFIRMED.

Submitted on briefs under the proviso of Rule 16 of the Supreme Court. 50 Or. 580.

For appellant there was a brief over the names of *Messrs. Guerry & Hollister* and *Mr. Austin S. Hammond.*

For the State there was a brief over the name of *Mr. George M. Brown,* District Attorney.

MR. JUSTICE KING delivered the opinion of the court.

Defendant was tried and convicted in the circuit court for conducting in the corporate limits of the City of North Bend a gambling game known as "faro," contrary to the statutes, etc. This appeal presents the same legal points as determined in *State* v. *Bay,* 53 Or. 241 (99 Pac. 939), from which it follows that the judgment of the court below must be affirmed.          AFFIRMED.

---

Decided February 23, 1909.